ACCEPTED
14-15-00353-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 11:24:26 AM
CHRISTOPHER PRINE
CLERK

CASE NO. **14-15-003530-CV**

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 11:24:26 AM
CHRISTOPHER A. PRINE
Clerk

ALI RASSOULI,
Appellant

v.

NATIONAL SIGNS HOLDINGS, LLC, NATIONAL SIGNS, LLC, LOUIS
GIRARD
Appelllee

On Appeal From The
133rd District Court of Harris County, Texas
Cause No. 2014-42950

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

**LLOYD E. KELLEY**
THE KELLEY LAW FIRM
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
281-492-7766 telephone
281-652-5973 facsimile
*kelley@lloydekelley.com*
*Attorney for Appellant*

TO THE HONORABLE SUPREME COURT OF TEXAS:

Appellant, Ali Rassouli respectfully files this Motion for Extension of Time to file his brief and shows the Court as follows:

## I.  REQUEST FOR EXTENSION OF TIME

Appellant's brief is currently due on July 31, 2015.  Counsel for Appellant respectfully requests a 30-day extension of time to file his brief, making the brief due on August 30, 2015.  This is the first request for extension of time to file Appellant's brief.

## II. ARGUMENT

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Appellant's counsel had been preparing for trial set to commence in Cause No. 2009-71319A;  *Abdee Sharifan v. JM Little*, In the 333rd Judicial District Court, Harris, County, Texas on July 20, 2015.  On the eve of trial said case was settled.

Additionally, Appellant's counsel has been preparing a response brief to a mandamus in No. 14-15-00535-CV, *The Law Office of Art Dula, et al v. Horie, Takafumi*, In the Fourteenth Court of Appeals, due on August 10, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant respectfully requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing Appellant's Brief up to and including August 30, 2015. Appellant hereby requests all other relief to which he may be entitled.

Respectfully submitted,

**THE KELLEY LAW FIRM**

By: _/s/ Lloyd E. Kelley____
**LLOYD E. KELLEY**
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
281-492-7766 telephone
281-652-5973 facsimile
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Appellee on July , 30, 2015, concerning this motion for extension of time. Counsel John H. McFarland is opposed.

_/s/ Lloyd E. Kelley_____
Lloyd E. Kelley

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2015, a true and correct copy of the foregoing, Appellant's Motion for Extension of Time to Brief, was served via e-mail upon the following:

John H. McFarland
Joyce+McFarland LLP
jmcfarland@jmlawyers.com

_/s/Lloyd E. Kelley_____
Lloyd E. Kelley